IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

J.O., J.O. and C.O.,

               Plaintiffs,

       v.

AAA LIFE INSURANCE COMPANY,

               Defendant.

ORDER

13-cv-799-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order dated November 10, 2014, I directed the parties to show cause why this case should not be dismissed without prejudice on the ground that the plaintiffs are minors and do not have the capacity to sue without a representative. Dkt. #19. Neither side responded by the November 20, 2014 deadline.

Plaintiffs did not update their address with the court after their counsel withdrew, dkt. #10, so the court sent copies of the order to the address listed on the complaint (a Wisconsin address) as well as to the address identified by plaintiffs' former lawyer as their last known address as of July 7, 2014 (a Texas address). Dkt. #8-1. Copies sent to the Texas address have been returned as "not deliverable as addressed," but the copies sent to the Wisconsin address have not. In any event, it was plaintiffs' responsibility to inform the court of their current address.

Because neither side has responded to the order to show cause, IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE to plaintiffs J.O., J.O. and C.O.'s refiling

the lawsuit with a legal representative or after one or more of them becomes an adult.

Entered this 3d day of December, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge