IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

J.O., J.O and C.O.,

    Plaintiffs,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　　　　Case No.  13-cv-799-bbc

AAA LIFE INSURANCE COMPANY,

    Defendant.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case without prejudice to plaintiffs refiling the lawsuit with a legal representative or after one or more of them becomes an adult.


    /s/　　　　　　　　　　　　　　　　　　December 3, 2014

Peter Oppeneer, Clerk of Court　　　　　　　　　　Date